# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL

# TO THE COURT OF APPEALS (CIVIL CASES)

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/23/2015 11:57:14 AM
DEBBIE AUTREY
Clerk

APPALLATE NO. ____________

TRIAL COURT NO. CV00368

LARRY PAUL

VS.

RED ROCK PIPELINE AND IRRIGATION, LLC

IN THE ____ COURT OF

RED RIVER COUNTY, TEXAS

The records of my office reflect the following information in this case:

CASE TYPE: BREACH ON CONTRACT

JUDGMENT OR APPEALABLE ORDER SIGNED: JUNE 2ND, 2015

MOTION FOR NEW TRIAL FILED: JULY 1ST, 2015

NOTICE OF APPEAL FILED: SEPTEMBER 16, 2015

REQUEST FOR FINDING OF FACT:

DATE REQUEST FOR REPORTER'S RECORD FILED:

PRESIDING TRIAL COURT JUDGE: JUDGE ERIC CLIFFORD

TRIAL COURT REPORTER(S): TERRY SPANGLER

WAS APPELLANT DECLARED INIGENT?: YES ______ NO X

APPELLANTS'S COUNSEL IS: RETAINED: X APPOINTED: _____ PRO SE: __

APPELLANT'S ATTORNEY: MARK LESHER
126 W. 2ND ST.
MT. PLEASANT, TX 75455
TEL: (903) 572- 2889 FAX: (903) 572-2893

APPELLEE'S ATTORNEY: RONALD E. HOLUB

4144 N. CENTRAL EXPRESSWAY, STE. 600

DALLAS, TX 75204

TEL: (214)720-9020 FAX: (903) 720-9070

DATED THIS THE 23RD DAY OF SEPTEMBER, 2015

JANICE GENTRY
DISTRICT CLERK
RED RIVER COUNTY

______________________ DEPUTY

Filed 9/16/2015 12:45:17 PM
Janice Gentry
District Clerk
Red River County, Texas
Reviewed By: Janice Gentry

CAUSE NO. CV03068

| | | |
|---|---|---|
| RED ROCK PIPELINE AND IRRIGATION LLC, Plaintiff | § | IN THE DISTRICT COURT |
| vs. | § | 6TH JUDICIAL DISTRICT |
| LARRY PAUL Defendant | § | RED RIVER COUNTY TEXAS |

**NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant, LARRY PAUL, and hereby gives notice of his intent to appeal the Final Judgment that was signed on June 2, 2015 and filed on June 10, 2015. This appeal is taken to the Sixth Court of Appeals in Texarkana, Texas.

Respectfully submitted,

M. Mark Lesher
State Bar No: 12225500

**LESHER & McCOY**
126 West 2nd Street
Mount Pleasant, TX 75455
Telephone: (903) 572-2889
Facsimile: (903) 572-2893
mlesher@lawyerlesher.com

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I, M. Mark Lesher, do hereby certify that a true and correct copy of the above and foregoing document has been forwarded, in accordance with the Texas Rules of Civil Procedure, to Mr. Ronald E. Holub, Attorney at Law, 4144 N. Central Expressway, Suite 600, Dallas, Texas 75204 on this the 16 day of September, 2015.

M. Mark Lesher